IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FINSERV CASUALTY                          §
CORPORATION, and A.M.Y.                    §
PROPERTY & CASUALTY                        §
CORPORATION,                               §
                                           §
                                           §
        *Plaintiffs*,                      §
                                           §          C.A. NO. 4:12-cv-02708
                                           §
v.                                         §
                                           §
SYMETRA LIFE INSURANCE                     §
COMPANY and SYMETRA                        §
ASSIGNED BENEFITS                          §
SERVICES COMPANY,                          §
                                           §
        *Defendants*.                      §

---

## JURY VERDICT

---

Our verdict is unanimous. All of us have agreed to each and every answer.

The presiding juror has signed the certificate for all of us.

*October 30, 2017*
Date